**Order entered January 29, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01418-CV

**TOMMIE TUTT, Appellant**

**V.**

**THE POINT, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-05188-C**

## ORDER

The reporter's record is overdue and the court reporter has informed the Court that appellant has not requested preparation of the record. By letter dated January 17, 2020, we instructed appellant to provide written notice that he has requested preparation of the reporter's record and written verification that he has paid the reporter's fee or documentation that he has been found to be entitled to proceed without payment of costs. We cautioned appellant that failure to comply may result in an order that the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). As of today's date, appellant has not complied. Accordingly, we **ORDER** the appeal be submitted without the reporter's record. *See id*.

Appellant shall file his brief on the merits **WITHIN THIRTY DAYS** of the date of this order.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE